# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

146249

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

v

                                          SC: 146249
                                          COA: 311975
                                          Muskegon CC: 11-061170-FC

GARY LEE OBRIEN
a/k/a GARY LEE O'BRIEN,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 5, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

p0325